# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1030**

**CA 11-00662**

PRESENT: CENTRA, J.P., FAHEY, SCONIERS, GREEN, AND MARTOCHE, JJ.

---

ERICA L. NIEMANN AND DANIEL ELLIS, AS
CO-ADMINISTRATORS OF THE ESTATE OF TIMOTHY W.
NIEMANN, DECEASED, PLAINTIFFS-APPELLANTS,

|                    V                    | ORDER |

ST. JOSEPH'S HOSPITAL HEALTH CENTER, RONALD
CAPUTO, M.D., SJH CARDIOLOGY ASSOCIATES,
DEFENDANTS-RESPONDENTS,
ET AL., DEFENDANTS.

---

GROSS, SHUMAN, BRIZDLE & GILFILLAN, P.C., BUFFALO (DAVID H. ELIBOL OF
COUNSEL), FOR PLAINTIFFS-APPELLANTS.

HANCOCK ESTABROOK, LLP, SYRACUSE (MAUREEN E. MANEY OF COUNSEL), FOR
DEFENDANT-RESPONDENT ST. JOSEPH'S HOSPITAL HEALTH CENTER.

MARTIN, GANOTIS, BROWN, MOULD & CURRIE, P.C., DEWITT (BRIAN M. GARGANO
OF COUNSEL), FOR DEFENDANTS-RESPONDENTS RONALD CAPUTO, M.D. AND SJH
CARDIOLOGY ASSOCIATES.

---

Appeal from an order of the Supreme Court, Onondaga County
(Deborah H. Karalunas, J.), entered January 11, 2011 in a wrongful
death action. The order denied the motion of plaintiffs to vacate a
stipulation of discontinuance.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered: September 30, 2011

Patricia L. Morgan
Clerk of the Court